NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3113

ARMANDA E. COLES,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petitioner for review of the Merit Systems Protection Board in AT0752050486-X-2.

ON MOTION

ORDER

Upon consideration of the parties' motion for reconsideration of the court's order dismissing this petition for failure to prosecute, and the parties' motion to voluntarily dismiss the petition,

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for reconsideration is granted.  The mandate is recalled and the October 16, 2008 dismissal order is vacated.

(2)    The motion to voluntarily dismiss the petition is granted.

(3) Each side shall bear its own costs.

FOR THE COURT

MAR 24 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 24 2009

JAN HORBALY
CLERK

cc:    Ronald S. Webster, Esq.
       Allison Kidd-Miller, Esq.

s20

MAR 24 2009

ISSUED AS A MANDATE: _____

2008-3113                    2